UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 01-4205 ABC (RCx) | Date | June 22, 2012 |
|---|---|---|---|
| Title | Sherry Pulcher v. Reliance National Indemnity Co., et al. | | |

| Present: The Honorable | AUDREY B. COLLINS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Angela Bridges | none | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| no appearance | no appearance |

**Proceedings:**   Order to Show Cause re Dismissal (In Chambers)

Although recently reassigned to Chief Judge Collins, this case has been stayed since 2001 based on a stay of litigation entered in a Pennsylvania state proceeding involving the liquidation of Defendant Reliance National Insurance Company. The parties have filed regular status reports; the most recent one filed on November 18, 2011 indicated that the status of the liquidation remains unchanged and without a foreseeable end.

In an April 18, 2008 status report, Defendant's counsel attempted to start a dialogue with Plaintiff's counsel because, "not unlike the effect of a discharge in and from bankruptcy, there will be neither any viable claim plaintiff may continue to assert against [Defendant], nor funds remaining to satisfy any Judgment in her favor, once the liquidation Matter is concluded[.]" (Docket No. 39.) Plaintiff's counsel did not respond.

The Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed on the grounds that it would not survive once the liquidation of Defendant is concluded, and, even if it does, that Plaintiff could not obtain satisfaction of any judgment against Defendant. Plaintiff's response to this Order is due **no later than Monday, July 9, 2012**. Defendant may reply to Plaintiff's response **no later than Monday, July 16, 2012**.

**Plaintiff's failure to timely respond to the Court's Order will result in dismissal of this case without prejudice.**

IT IS SO ORDERED.

: 

Initials of Preparer   IR for AB